*149417*

Date: 11/20/09

**DIVIDENDS REMITTED TO THE COURT**
Check Number 115 Dated 11/20/09
Case Number 08-15133 - TWARDY, DANIEL DAVID

Page:

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Allergy/Immunology Assoc<br>1611 S. Green Road<br>Cleveland, OH 44121<br>    5349 | 000001 | 47.97 | 0.45 |
| The Illuminating Company - CEI<br>Bankruptcy Dept<br>6896 Miller Rd Rm 204<br>Brecksville, OH 44141<br>    (8-1) electric service<br>    110038481138 | 000008 | 86.64 | 0.82 |

---------- Remittance Total --------------

134.61   CK.# 115   1.27

_____
DAVIS, STEVEN S., Trustee

FILED 09 NOV 20 PM 3:01 CLERK U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND